# CERTIFICATE OF SERVICE

## COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET

**Bankruptcy Case Number 10–33774–led**
**Adversary Case Number 14–01035–led**

In re:
    JAIMEE YOSHIZAWA ,
                        Debtor(s)

    Richard Jackson, et al
                        Plaintiff(s)

    JAIMEE YOSHIZAWA, et al
                        Defendant(s)

Hearing Date:   6/23/2014
Hearing Time:   1:30 PM

I, ____Eric Siegler_____, certify that I am, and at all times during the service of process, was
          (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made.
I further certify that the service of this summons and a copy of the complaint along with the Standard
Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on
_____May 20, 2014_____ by:
      (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
                Acceptance of Service as attached.

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows:
(Describe briefly)                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____        Signature:_____

Print Name: _____
Business Address:_____
City: _____ State: _____ Zip: _____

|     |                                          |
| --- | ---------------------------------------- |
| 1   | AOS                                      |
|     | **JOSEPH A. SCALIA, LTD.**               |
| 2   | JOSEPH A. SCALIA, II, ESQ.               |
| 3   | Nevada Bar No. 5123                      |
|     | 415 S. Sixth St. Suite 300               |
| 4   | Las Vegas, NV 89101                      |
| 5   | Phone: (702) 678-6000                    |
|     | Fax:    (888) 812-6135                   |
| 6   | *Attorney for Plaintiff*                 |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: JAIMEE YOSHIZAWA | ) ADVERSARY CASE NO. |
| --- | --- |
| | ) BK Case No.: 10-33774-LED |
| | ) |
| | ) **COMPLAINT TO DETERMINE** |
| | ) **THE CLAIMS OF PLAINTIFFS** |
| | ) **TO BE NON-DISCHARGEABLE** |
| | ) **UNDER 11 U.S.C. §523(a)(3) and** |
| _____ | ) **[11 U.S.C. §523(a)(2)(A) and (B)]** |
| | ) |
| RICHARD JACKSON and DANIELLE | ) |
| JACKSON | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) |
| JAIMEE YOSHIZAWA, an individual; | ) |
| | ) |
| *Defendants* | ) |
| | ) |

### ACCEPTANCE OF SERVICE

By signing below, I, ___Jaimee Yoshizawa___, state I am the ~~attorney for~~ Defendant JAIMEE and do hereby accept service of the Summons and Complaint to Determine the Claims of Plaintiffs to be Non-Dischargeable Under 11 U.S.C 523(a)(3) and 11 U.S.C. 523(a)(2)(A) and (B) in the above captioned matter.

I have Defendant's authority to accept service of this Complaint and Summons on her behalf and by signing below acknowledge that Defendant has been served on the date notated below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20 day of May, 2014.

_____
~~Attorney~~ for Defendant